

*Emanuel Goldberg,* for appellants.

*Paul W. Mahady,* with him *Thomas R. Mahady* and *Mahady & Mahady,* for appellees.

OPINION PER CURIAM, June 27, 1955:

Decree declining to grant an issue *devisavit vel non* dismissing the appeal from probate and confirming decree of probate is affirmed on the opinion of President Judge COPELAND at the cost of appellants.

Rice *v.* Shank, Appellant.

Argued May 24, 1955. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*Albert Houck,* for appellant.

*Harry L. Siegel,* with him *Stanley H. Siegel* and *Siegel & Siegel,* for appellees.

OPINION PER CURIAM, June 27, 1955:

Judgment affirmed on the opinion of President Judge LEHMAN.

Frambes Estate.

Argued May 24, 1955. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*William H. Naugle,* with him *Isaac S. Grossman* and *Prowell & Harter,* for appellant.

*Henry E. Harner,* for appellee.